IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Ruby N | Case Number:  08 B 21666 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/10/08 | Filed:  8/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 279.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 260.59 |
| Trustee Fee: | | 18.41 |
| Other Funds: | | 0.00 |
| Totals: | 279.00 | 279.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,854.00 | 260.59 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 41.46 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 127.40 | 0.00 |
| 4. | USA Payday Loans | Unsecured | 83.96 | 0.00 |
| 5. | Evergreen Emergency Service | Unsecured | 3.61 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 54.78 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 18.07 | 0.00 |
| 8. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 9. | Asset Acceptance | Unsecured | | No Claim Filed |
| 10. | First Cash Advance | Unsecured | | No Claim Filed |
| 11. | AT&T | Unsecured | | No Claim Filed |
| 12. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Emergency Room Care Providers | Unsecured | | No Claim Filed |
| 15. | First Cash Advance | Unsecured | | No Claim Filed |
| 16. | TCF Bank | Unsecured | | No Claim Filed |
| 17. | Aaron Rents | Unsecured | | No Claim Filed |
| 18. | Great American Finance Company | Unsecured | | No Claim Filed |
| 19. | MCI | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 21. | Premier Bankcard | Unsecured | | No Claim Filed |
| 22. | Taste Of Home | Unsecured | | No Claim Filed |
| 23. | Wow Internet | Unsecured | | No Claim Filed |
| 24. | Title Lenders | Unsecured | | No Claim Filed |
| 25. | Advocate Illinois Masonic | Unsecured | | No Claim Filed |
| | | | $ 4,183.28 | $ 260.59 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones, Ruby N | Case Number: 08 B 21666 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/10/08 | Filed: 8/18/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 18.41 |
| | $ 18.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

